In the Matter of LCO Building LLC, Formerly Known as 189 Van Rensselaer, Appellant, v Bruna Michaux, as Assessor of City of Buffalo, et al., Respondents.

Submitted September 8, 2008; decided November 20, 2008

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.